# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,          :

    Plaintiff,                      Case No. 3:12-po-053


  -vs-                                Magistrate Judge Michael R. Merz
                                  :
TRAVIS McCALL,

    Defendant.

## NOTICE TO DEFENDANT

This case is before the Court upon receipt of correspondence from Defendant questioning why he was not brought to Court for arraignment on the charges in this case on June 20, 2012 (Doc. Nos. 7, 8). The reason is that the Magistrate Judge was advised that District Judge Rice, in a felony case involving the Defendant, ordered that he be committed for treatment upon a finding that he was not competent to participate in the pending supervised release proceedings pending against him. If Defendant is not competent to participate in those proceedings, it seems unlikely he would be competent to defend this case. Therefore the Court vacated the arraignment, appointed counsel for the Defendant, and ordered counsel to advise the Court by July 1, 2012, whether a similar order should be entered in this case.

Defendant is advised not to correspond with the Court, but to communicate through his appointed attorney, Assistant Federal Defender F. Arthur Mullins.

June 28, 2012.

                                                      s/ *Michael R. Merz*
                                                  United States Magistrate Judge