# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA, :

    Plaintiff,                                                              Case No. 3:12-po-053

   -vs-                                                                   Magistrate Judge Michael R. Merz
                                          :

TRAVIS McCALL,

    Defendant.

## DECISION AND ORDER DENYING MOTION TO RECUSE

This case is before the Court on Defendant's Motion to Recuse (Doc. No.   ). As his stated reason, Mr. McCall says it is because I am "more than willing to appease Judge Rice in his mental antics." Presumably what Defendant is referring to is Judge Rice's Order of June 15, 2012, in a felony case, United States v. McCall, 3:02-cr-042, referring Mr. McCall to a Federal Medical Center for treatment. I have entered a parallel order in this case, not in order "to appease" Judge Rice, but because District Judge has determined that Mr. McCall is not competent to participate in a supervised release proceeding. Since trial issues are usually more complex and making the referral in parallel would save time, including incarceration time for the Defendant, I decided it was the appropriate course of action. That decision does not show any disqualifying bias under either 28 U.S.C. § 144 or § 455. Therefore the Motion to Recuse is denied.

July 10, 2012.

                                                                            s/ *Michael R. Merz*
                                                           United States Magistrate Judge